UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEA BLACK,<br><br>                Plaintiff,<br><br>    v.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, et al.,<br><br>                Defendants. | C15-2008 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for judgment on the pleadings, docket no. 40, is DENIED. This Court cannot decide as a matter of law, if Pride branded the product pursuant to RCW 7.72.040(2) at this time. The affirmative defenses of failure to join a necessary party and apportionment of fault are available to a defendant in the context of negligence claims under RCW 7.72.030(1). *See Hiner v. Bridgestone/Firestone, Inc.*, 138 Wn. 2d 248, 978 P.2d 505 (1999). This Court declines to convert this 12(c) motion into a summary judgment motion because whether plaintiff is a product seller under RCW 7.72.010(1) must await summary judgment.

(2) Plaintiff's unopposed motion to amend their complaint, docket no. 42, is GRANTED.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of January, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1