Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEA BLACK,<br><br>                Plaintiff,<br><br>  v.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, a foreign corporation; and UNITED SEATING AND MOBILITY, L.L.C., a foreign corporation, d/b/a NUMOTION, a foreign corporation; CAPSTONE MOBILITY GROUP, LLC, a foreign corporation; MERITS HEALTH PRODUCTS CO., LTD; MERITS HEALTH PRODUCTS, INC.; JOHN DOE COMPANY 1; JOHN DOE COMPANY 2; JOHN DOE COMPANY 3,<br>                Defendants. | No. 2:15−cv−02008−TSZ<br><br>THIRD AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES |

## I.   PARTIES & JURISDICTION

1.1.   Plaintiff Lea Black is a resident of King County, Washington.

1.2.   Defendant Pride Mobility Products Corporation ("Pride") is a foreign corporation headquartered in Pennsylvania and doing business in King County in the State of

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES − 1
No. 2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Washington. Pride designed and manufactured the Pride Pursuit mobility scooter that is the subject of this lawsuit.

1.3. Defendant United Seating and Mobility, LLC, doing business as Numotion, ("Numotion") is the successor to ATG Rehab, Inc., which sold the Pride Pursuit Mobility Scooter to Lea Black and later serviced it by installing a new motor and transaxle assembly. Numotion is a foreign limited liability company headquartered in Missouri and doing business in King County in the State of Washington.

1.4. Defendant Capstone Mobility Group, LLC is a company headquartered in Connecticut.

1.5. Defendant Merits Health Products Co., Ltd. is a foreign company headquartered in Taiwan.

1.6. Defendant Merits Health Products, Inc. is a corporation headquartered in the state of Florida.

1.7. Defendant John Doe Company 1 is the unknown manufacturer of the mechanical coupler that failed forming one basis of this litigation. If such a company is ever identified this Complaint may be amended to include its name.

1.8. Defendant John Doe Company 2 is the unknown rebuilder of the drive assembly that failed forming one basis for this litigation. If such a company is ever identified this Complaint will be amended to include its name.

1.9. Defendant John Doe Company 3 is the unknown manufacturer or seller of an unknown component that failed forming one basis for this litigation. If such a company is ever identified this Complaint will be amended to include its name.

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 2
No. 2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## II.  STATEMENT OF FACTS

2.1.  On February 18, 2015, Plaintiff Lea Black was riding her Pride Pursuit four-wheeled electric mobility scooter on the sidewalk near her assisted living home on Minor Avenue in Seattle, Washington, when she felt the scooter move in an abnormal way. She immediately stopped the scooter, but the scooter entered a "freewheel" condition and began coasting down the sidewalk on Minor Street towards Pike Street. The scooter continued to accelerate, then entered the intersection at high speed and crashed into a passing car. Ms. Black, who attempted to slow the scooter by dragging her foot, was seriously injured in the crash, losing several toes, breaking approximately 20 bones, puncturing a lung, and suffering other injuries. She was forced to leave her assisted living apartment complex, has undergone months of surgeries and hospitalization, and will require additional surgeries, care, and therapy in the foreseeable future.

2.2.  The Pride Pursuit mobility scooter entered the dangerous "freewheel" condition when a plastic socket connection between the motor/brakes and the transaxle failed.

2.3.  The Pride Pursuit mobility scooter, as sold to Lea Black, has no manual or emergency brake. Instead, the Pride Pursuit mobility scooter was equipped with a two-part automatic brake system that engages when the accelerator lever is released. The two-part automatic braking system is composed of both a "regenerative" brake, which uses the motor to slow the vehicle, and a disk brake, which stops the vehicle once it has slowed sufficiently. Both brake systems are contained within the motor assembly and are connected to the axle and rear wheels by means of a pinion gear in the transaxle. The steel pinion gear connects to the motor/brake assembly through a plastic socket. If this connection between the motor/brake

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 3
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

assembly and transaxle fails, as it did here, the Pride Pursuit mobility scooter, as equipped, will be in a "freewheel" condition, will have no operable brake system, and will be unreasonably and inherently dangerous, especially on a hill or ramp.

2.4. According to information obtained by Plaintiff, Pride's subsidiary in the United Kingdom sold a nearly identical scooter under the name Colt XL8. A Colt XL8 is shown here next to a Pride Pursuit mobility scooter. The only obvious difference between the two machines appears to be the thickness of the seat bottom.

2.5. Pride's subsidiary in the United Kingdom was aware of the potential for failure of the Colt XL8's transaxle, which could lead to a dangerous freewheel condition. In 2010, Pride's subsidiary in the United Kingdom warned UK distributors of this condition, which it

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  admitted could result in serious injury or death.  That warning and recall notice is attached

2  here.

**Pride® Mobility Products Corp.**

32 Wedgwood Road
Bicester
Oxfordshire
OX26 4UL

**Correction for model SC713INT with 12km/h transaxle**
**Replacement of Transaxle assembly**
**All units manufactured from July 25th, 2009 to March 29th, 2010**

September 2010

**Urgent Field Safety Notice**
**Pride Colt XL8 scooter**

Dear Dealer:

This letter is to inform you of a product safety correction on the on the SC713INT units manufactured from July 25th, 2009 to March 29th, 2010.

After evaluation of this unit Pride has found that there is a potential for the pinion gear inside the transaxle to become damaged during aggressive use of the product.  If the pinion gear becomes damaged the unit will produce a pronounced rhymed vibration when driven.  It will be clear to the operator that something is wrong with the unit.  If the user continues to drive the unit aggressively, the damaged pinion gear could break which would create a freewheel condition.

Pride has received consumer complaints on this issue. We acknowledge the remote potential that such a malfunction in the product can occur and could lead to serious personal injury and/or death.

2.6.   Inspection of Lea Black's Pride Pursuit mobility scooter reveals that the machine failed at the coupling between the pinion gear and the motor/brake assembly.

///

///

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 5
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1   2.7.    According to the Owner's Manual, Pride's Colt XL8 was equipped with an

2   emergency hand brake in addition to the automatic regenerative and disk brake.  See insert

3   below.  (Emphasis added.)

**BRAKING INFORMATION**
Your scooter is equipped with these powerful brake systems:
- Regenerative: Uses electricity to rapidly slow the vehicle when the throttle control lever returns to the centre/stop position.
- Disc Park Brake: Activates mechanically after regenerative braking slows the vehicle to near stop or when power is removed from the system for any reason.
- Handbrake: This lever provides you with emergency stopping power. See III. "Your Scooter."

12                                    www.pridemobility.com                                    Colt XL8

13   2.8.    Ms. Black's unit, although almost identical to the Colt XL8, had no such emergency

14   brake.  See insert.

**BRAKING INFORMATION**
Your scooter is equipped with these powerful brake systems:
- Regenerative: Uses electricity to rapidly slow the vehicle when the throttle control lever returns to the center/stop position.
- Disc Park Brake: Activates mechanically after regenerative braking slows the vehicle to near stop, or when power is removed from the system for any reason.

12                                    www.pridemobility.com                                    Pursuit

24   2.9.    A functional emergency brake system connected directly to the axle or to the wheels

25   would have allowed Ms. Black to stop the scooter and avoid injury.

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 6
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

2.10. Plaintiff is unaware of any recall of the Pride Pursuit mobility scooter in the United States. Indeed, the motor and transaxle on Lea Black's Pride Pursuit mobility scooter was changed in August 2014 after a failure of the original unit.

### III. LIABILITY

3.1. The Pride Pursuit mobility scooter, as designed and manufactured by Pride, is defective in both design and construction. The freewheel condition and brake failure experienced by Lea Black and the lack of any sort of positively controlled emergency brake make the scooter unsafe to an extent beyond that contemplated by an ordinary user or consumer. *See, e.g.*, RCW 7.72.030(1)(a), (2), (3).

3.2. Pride is also liable because adequate warnings and instructions were not provided with the subject vehicle or provided after its manufacture, rendering the subject vehicle unsafe to an extent beyond that contemplated by an ordinary user and consumer, for example, as set forth in RCW 7.72.030(1)(b), (c); RCW 7.72.030(3).

3.3. Pride's acts and omissions were negligent and willful and wanton, and Pride is liable based upon theories of product liability, including but not limited to negligence and strict product liability. *See, e.g.*, RCW 7.72, *et seq*.

3.4. Numotion, while doing business as ATG Rehab, Inc., sold the Pride Pursuit mobility scooter to Lea Black and later serviced it by replacing the motor and transaxle. Numotion is liable to Lea Black for replacing a defective motor and transaxle with a similarly defective motor and transaxle and for failing to notify Ms. Black of the defective and dangerous condition of the motor and transaxle.

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 7
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

3.5.	Numotion's acts and omissions were negligent and willful and wanton, and Numotion is liable for all damages resulting therein.

3.6.	Upon information and belief, Defendant Capstone Mobility Group LLC was involved in the selection and distribution of the Pride Pursuit scooter for and to Lea Black and communicated with both Ms. Black and Numotion about scooter selection and the hills near Ms. Black's home in Seattle prior to delivery of the scooter.  Upon information and belief Capstone Mobility Group LLC knew about the hilly environment in Ms. Black's neighborhood, and was negligent, along with Numotion, in selecting and distributing a scooter to Ms. Black that was inappropriate for use in Ms. Black's Seattle neighborhood.

3.7.	Upon information and belief, Defendant Merits Health Products Co., Ltd. manufactured the drive assembly of the Pride Pursuit, which was defective in both design and manufacture and unsafe to an extent beyond that contemplated by an ordinary user or consumer.  *See, e.g.*, RCW 7.72.030(1)(a), (2), (3).

3.8.	Merits Health Products, Co., Ltd is also liable because adequate warnings and instructions were not provided with the subject drive assembly or provided after its manufacture, rendering the subject vehicle unsafe to an extent beyond that contemplated by an ordinary user and consumer, for example, as set forth in RCW 7.72.030(1)(b), (c); RCW 7.72.030(3).

3.9.	The acts and omissions of Merits Health Products, Co., Ltd. were negligent and willful and wanton, and Merits Health Products, Co., Ltd.  may be liable based upon theories of product liability, including but not limited to negligence and strict product liability.  *See, e.g.*, RCW 7.72, *et seq*.

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 8
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

3.10.   Upon information and belief Merits Health Products, Inc. is a United States subsidiary of Merits Health Products Co., Ltd. and a distributor of the drive assembly and related parts in the United States and may be liable to Lea Black under various provisions of RCW 7.72.040.

3.11.   The acts and omissions of Merits Health Products, Inc., were negligent and willful and wanton, and Merits Health Products, Inc., may be liable based upon theories of product liability, including but not limited to negligence and strict product liability.  *See, e.g.*, RCW 7.72, *et seq*.

3.12.   Defendant John Doe Company 1 is the manufacturer of the mechanical coupler that failed, which was defective in both design and manufacture and unsafe to an extent beyond that contemplated by an ordinary user or consumer.  *See, e.g.*, RCW 7.72.030(1)(a), (2), (3).

3.13.   The acts and omissions of John Doe Company 1 were negligent and willful and wanton, and John Doe Company 1 may be liable based upon theories of product liability, including but not limited to negligence and strict product liability.  *See, e.g.*, RCW 7.72, *et seq*.

3.14.   Defendant John Doe Company 2 is a motor rebuilding company who may have rebuilt the drive assembly installed in Lea Black's scooter in approximately August 2014, which was defective in both design and manufacture and unsafe to an extent beyond that contemplated by an ordinary user or consumer.  *See, e.g.*, RCW 7.72.030(1)(a), (2), (3).

3.15.   The acts and omissions of John Doe Company 2 were negligent and willful and wanton, and John Doe Company 2 may be liable based upon theories of product liability,

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 9
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

including but not limited to negligence and strict product liability. *See, e.g.*, RCW 7.72, *et seq*.

3.16.   Defendant John Doe Company 3 is the manufacturer of an unknown component that failed, which was defective in both design and manufacture and unsafe to an extent beyond that contemplated by an ordinary user or consumer. *See, e.g.*, RCW 7.72.030(1)(a), (2), (3).

3.17.   The acts and omissions of John Doe Company 3 were negligent and willful and wanton, and John Doe Company 3 may be liable based upon theories of product liability, including but not limited to negligence and strict product liability. *See, e.g.*, RCW 7.72, *et seq*.

## IV.   DAMAGES

4.1.   As a proximate cause of the tortious acts and omissions of Pride, Lea Black suffered injuries including but not limited to broken bones, loss of appendages, trauma, loss of her living situation, loss of mobility and other injuries resulting in past and future pain and suffering, both physical and mental, and other general damages, together with past and future medical and related expenses, punitive damages if available, and other special damages to be proved at the time of trial.

## V.   PRAYER FOR RELIEF

5.1.   WHEREFORE, Plaintiff prays for judgment against defendants for the items of damages set forth herein, and for costs and disbursements in this action.

DATED this 31st day of January, 2017.

By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Peter O'Neil*

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 10
No. 2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

|   |   |
|---|---|
| 1 | PETER O'NEIL, WSBA #28198 |
| 2 | By: *s/Lucas W. Garrett* |
|   | LUCAS W. GARRETT, WSBA #38452 |
| 3 | Counsel for Plaintiff |
| 4 | SCHROETER, GOLDMARK & BENDER |
|   | 810 Third Avenue, Suite 500 |
| 5 | Seattle, WA  98104 |
|   | Phone:  (206) 622-8000 |
| 6 | Fax:  (206) 682-2305 |
| 7 | E-mail: |
|   | sims@sgb-law.com |
| 8 | peter@peteroneil.org |
|   | garrett@sgb-law.com |

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 11
No.  2:15−cv−02008−TSZ

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William J. Leedom
David M. Norman
BENNETT BIGELOW & LEEDOM
601 Union Street, Ste. 1500
Seattle, WA  98101
Telephone:  (206) 622-5511
Fax:  (206) 622-8986
wleedom@bbllaw.com
dnorman@bbllaw.com


David J. Russell
KELLER ROHRBACK, LLP
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384
drussell@kellerrohrback.com


  *s/ Sims G. Weymuller*
SIMS G. WEYMULLER, WSBA #33026
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email: sims@sgb-law.com

THIRD AMENDED COMPLAINT
FOR PERSONAL INJURIES
AND DAMAGES – 12
No.  2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305