UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

        Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's notice of errata and correction, docket no. 66, is treated as a motion to amend the Letters Rogatory and is GRANTED. The Letters Rogatory entered on April 10, 2017, docket no. 65, is STRICKEN.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2017.

                               William M. McCool
                               Clerk

                               s/Karen Dews
                               Deputy Clerk

MINUTE ORDER - 1