Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEA BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, a foreign corporation; and UNITED SEATING AND MOBILITY, L.L.C., a foreign corporation, d/b/a NUMOTION, a foreign corporation; CAPSTONE MOBILITY GROUP, LLC, a foreign corporation; MERITS HEALTH PRODUCTS CO., LTD; MERITS HEALTH PRODUCTS, INC.; JOHN DOE COMPANY 1; JOHN DOE COMPANY 2,<br><br>    Defendants. | No. 2:15-cv-02008-TSZ<br><br>LETTERS ROGATORY |

TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN, for International Judicial Assistance:

A request for international judicial assistance is being made in the interests of justice for plaintiff, Lea Black.

The United States District Court, District of Western Washington, presents its compliments to the appropriate Judicial Authority of Taiwan, and requests international

LETTERS ROGATORY - 1
No. 2:15-cv-02008-TSZ

judicial assistance in order to obtain service of process, to be used in a civil proceeding that is before this Court in the above captioned matter.

Plaintiff Lea Black was severely injured in Seattle, Washington after her Pride Pursuit mobility scooter entered a "freewheel" condition on a hill. The scooter failure may have been caused, among other things, by a failure of a coupler part between the scooter's pinion gear and the motor/brake assembly. The coupler part may have been manufactured and sold by the Merits Health Products, family of companies.

Plaintiff Lea Black seeks damages for her injuries, including but not limited to broken bones, loss of appendages, trauma, loss of her living situation, loss of mobility and other injuries resulting in past and future pain and suffering, both physical and mental, and other general damages, together with past and future medical and related expenses, punitive damages if available, and other special damages to be proved at the time of trial.

Liability in this case is premised on manufacturer liability under RCW 7.72.030(1)(a), (2), (3); RCW 7.72.030(1)(b), (c); and RCW 7.72.030(3).

This Court respectfully requests the assistance described herein as necessary in the interests of justice for Lea Black. The assistance requested is that The Appropriate Judicial Authority of Taiwan effect service of process upon the below named:

| | |
|---|---|
| Merits Health Products Co., Ltd.<br>No. 18 Jingke Rd., T.P.M.T. Park,<br>Nantun District Taichung City,<br>Taichung 40852, Taiwan | Merits Health Products Co., Ltd.<br>9 Road 6<br>Taichung Industrial Park<br>Taichung, Taiwan |

by leaving one copy of the attached documents, Summons and Complaint, with Chinese translations thereof, with a director, officer, or other entity authorized to accept service of civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

1      This Court further requests that, after service has been made, the person who serves
2 the documents upon Merits Health Products Co., Ltd., execute a Certificate of Service and
3 return it, together with a copy of the documents served, to this Court at the address below.

4      The United States District Court, Western District of Washington, expresses its
5 willingness to provide similar assistance to Judicial Authorities of Taiwan.

6      Plaintiff's counsel, Schroeter, Goldmark & Bender, 500 Central Building, 810 Third
7 Avenue, Seattle, Washington 98104, as the requesting party, is willing to reimburse the
8 Judicial Authorities of Taiwan for costs incurred in executing this request for judicial
9 assistance.

11      DATED this 21st day of April, 2017.

*[signature]*

Thomas S. Zilly
United States District Judge
United States District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101
(206) 370-8830

Requesting Party:

SCHROETER, GOLDMARK & BENDER

By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Peter O'Neil*
PETER O'NEIL, WSBA #28198
By: *s/Lucas Garrett*
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiff
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail:
sims@sgb-law.com
peter@peteroneil.org
garrett@sgb-law.com