Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

    Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, a foreign corporation; and UNITED SEATING AND MOBILITY, L.L.C., a foreign corporation, d/b/a NUMOTION, a foreign corporation; CAPSTONE MOBILITY GROUP, LLC, a foreign corporation; MERITS HEALTH PRODUCTS CO., LTD; MERITS HEALTH PRODUCTS, INC.; JOHN DOE COMPANY 1; JOHN DOE COMPANY 2,

    Defendants.

No. 2:15-cv-02008-TSZ

ORDER ON STIPULATED MOTION FOR ISSUANCE OF AMENDED LETTERS ROGATORY AND SUMMONS

THIS MATTER having come on regularly before this Court for hearing upon the parties Stipulated Motion for Issuance of Amended Letters Rogatory and Summons, and the Court having reviewed the motion and the records and files herein, now, therefore,

ORDER ON STIPULATED
MOTION FOR ISSUANCE OF AMENDED
LETTERS ROGATORY AND SUMMONS - 1
No. 2:15-cv-02008-TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

IT IS ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for Issuance of Amended Letters Rogatory and Summons is GRANTED.

THEREFORE, IT IS ORDERED that the Court shall issue Amended Letters Rogatory in the form attached as Exhibit A, and the Clerk will issue an Amended Summons in the form attached as Exhibit B.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101
(206) 370-8830

Presented by:

SCHROETER, GOLDMARK & BENDER

By: *s/Peter O'Neil*
PETER O'NEIL, WSBA #28198
By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Lucas Garrett*
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiff
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail:
peter@peteroneil.org
sims@sgb-law.com
garrett@sgb-law.com

ORDER ON STIPULATED
MOTION FOR ISSUANCE OF AMENDED
LETTERS ROGATORY AND SUMMONS - 2
No. 2:15-cv-02008-TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

BENNETT BIGELOW & LEEDOM

By: *s/William J. Leedom*
WILLIAM J. LEEDOM, WSBA #2321
By: *David M. Norman*
DAVID M. NORMAN, WSBA #40564
Counsel for Defendant Pride
601 Union Street, Ste. 1500
Seattle, WA 98101
Telephone: (206) 622-5511
Fax: (206) 622-8986
wleedom@bbllaw.com
dnorman@bbllaw.com

KELLER ROHRBACK, LLP

By: *David J. Russell*
DAVID J. RUSSELL, WSBA #17289
Counsel for Defendant Numotion & Capstone
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384
drussell@kellerrohrback.com

By: *s/Sylvia J. Hall*
SYLVIA J. HALL, WSBA #38963
MERRICK HOFSTEDT & LINDSEY, PS
3101 Western Ave., Suite 200
Seattle, WA 98121
shall@mhlseattle.com

By: *s/Richard Schuster*
RICHARD SCHUSTER, Bar #1055486, *Admitted Pro Hac Vice*
MATTHIESEN, WICKERT & LEHRER, S.C.
1111 E. Sumner Street
P.O. Box 270670
Hartford, WI 53027
rschuster@mwl-law.com

ORDER ON STIPULATED
MOTION FOR ISSUANCE OF AMENDED
LETTERS ROGATORY AND SUMMONS - 3
No. 2:15-cv-02008-TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEA BLACK,<br><br>Plaintiff,<br><br>v.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, a foreign corporation; and UNITED SEATING AND MOBILITY, L.L.C., a foreign corporation, d/b/a NUMOTION, a foreign corporation; CAPSTONE MOBILITY GROUP, LLC, a foreign corporation; MERITS HEALTH PRODUCTS CO., LTD; MERITS HEALTH PRODUCTS, INC.; JOHN DOE COMPANY 1; JOHN DOE COMPANY 2; JOHN DOE COMPANY 3,<br><br>Defendants. | No. 2:15-cv-02008-TSZ<br><br>AMENDED LETTERS ROGATORY |

Honorable Thomas S. Zilly

TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN, for International Judicial Assistance:

A request for international judicial assistance is being made in the interests of justice for plaintiff, Lea Black.

The United States District Court, District of Western Washington, presents its compliments to the appropriate Judicial Authority of Taiwan, and requests international

AMENDED LETTERS ROGATORY - 1
No. 2:15-cv-02008-TSZ

judicial assistance in order to obtain service of process, to be used in a civil proceeding that is before this Court in the above captioned matter.

Plaintiff Lea Black was severely injured in Seattle, Washington after her Pride Pursuit mobility scooter entered a "freewheel" condition on a hill. The scooter failure may have been caused, among other things, by a failure of a coupler part between the scooter's pinion gear and the motor/brake assembly. The coupler part may have been manufactured and sold by the Merits Health Products, family of companies.

Plaintiff Lea Black seeks damages for her injuries, including but not limited to broken bones, loss of appendages, trauma, loss of her living situation, loss of mobility and other injuries resulting in past and future pain and suffering, both physical and mental and other general damages, together with past and future medical and related expenses, punitive damages if available, and other special damages to be proved at the time of trial.

Liability in this case is premised on manufacturer liability under RCW 7.72.030(1)(a), (2), (3); RCW 7.72.030(1)(b), (c); and RCW 7.72.030(3).

This Court respectfully requests the assistance described herein as necessary in the interests of justice for Lea Black. The assistance requested is that The Appropriate Judicial Authority of Taiwan effect service of process upon the below named:

Merits Health Products Co., Ltd.
No. 18 Jingke Rd., T.P.M.T. Park,
Nantun District, Taichung City,
Taichung 40852, Taiwan

by leaving one copy of the attached documents, Summons and Complaint, with Chinese translations thereof, with a director, officer, or other entity authorized to accept service of

civil process in the manner prescribed for service of similar documents under the laws of Taiwan.

This Court further requests that, after service has been made, the person who serves the documents upon Merits Health Products Co., Ltd., execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

The United States District Court, Western District of Washington, expresses its willingness to provide similar assistance to Judicial Authorities of Taiwan.

Plaintiff's counsel, Schroeter, Goldmark & Bender, 500 Central Building, 810 Third Avenue, Seattle, Washington 98104, as the requesting party, is willing to reimburse the Judicial Authorities of Taiwan for costs incurred in executing this request for judicial assistance.

DATED this 26th day of May, 2017.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge
United States District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101
(206) 370-8830

(SEAL OF COURT)

AMENDED LETTERS ROGATORY - 3
No. 2:15-cv-02008-TSZ

Presented by:

SCHROETER, GOLDMARK & BENDER

By: *s/Peter O'Neil*
PETER O'NEIL, WSBA #28198
By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Lucas Garrett*
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiff
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail:
peter@peteroneil.org
sims@sgb-law.com
garrett@sgb-law.com

BENNETT BIGELOW & LEEDOM

By: *s/William J. Leedom*
WILLIAM J. LEEDOM, WSBA #2321
By: *David M. Norman*
DAVID M. NORMAN, WSBA #40564
Counsel for Defendant Pride
601 Union Street, Ste. 1500
Seattle, WA 98101
Telephone: (206) 622-5511
Fax: (206) 622-8986
wleedom@bbllaw.com
dnorman@bbllaw.com

KELLER ROHRBACK, LLP

By: *David J. Russell*
DAVID J. RUSSELL, WSBA #17289
Counsel for Defendant Numotion & Capstone
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384
drussell@kellerrohrback.com

AMENDED LETTERS ROGATORY - 4
No. 2:15-cv-02008-TSZ

By: *s/Sylvia J. Hall*
SYLVIA J. HALL, WSBA #38963
MERRICK HOFSTEDT & LINDSEY, PS
3101 Western Ave., Suite 200
Seattle, WA 98121
shall@mhlseattle.com

By: *s/Richard Schuster*
RICHARD SCHUSTER, Bar #1055486, *Admitted Pro Hac Vice*
MATTHIESEN, WICKERT & LEHRER, S.C.
1111 E. Sumner Street
P.O. Box 270670
Hartford, WI 53027
rschuster@mwl-law.com

# EXHIBIT B

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| LEA BLACK, | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 2:15-cv-02008-TSZ |
| PRIDE MOBILITY PRODUCTS CORPORATION, et al | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Merits Health Products Co., Ltd.
NO. 18, Jingke Rd., T.P.M.T. Park, Nantun District Taichung City,
Taichung District, 40852, Taiwan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sims Weymuller, Schroeter Goldmark & Bender, 810 3rd Ave., Suite 500, Seattle, WA 98104

FRCP 12 (a)(1)(A)(ii) states a defendant must serve an answer: ...within 90 days after it was sent to the defendant outside any judicial district of the United States.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-02008-TSZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                              *Server's signature*

                             _____
                                              *Printed name and title*


                             _____
                                              *Server's address*

Additional information regarding attempted service, etc: