UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

        Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' August 14, 2017, Joint Status Report, docket no. 77, indicating that it may take an additional six months to one year to effect service on defendant Merits Health Products Co., Ltd., in Taiwan, the parties are hereby DIRECTED to file a Joint Status Report within thirty (30) days after any appearance by Merits Health Products Co., Ltd. in this action or by March 1, 2018, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1