UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

    Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

    Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The Motion for Partial Summary Judgment filed by Defendant Pride Mobility Products Corporation ("Pride"), docket no. 79, is RENOTED for March 2, 2018. The Motion to Dismiss for Lack of Personal Jurisdiction filed by Defendant Merits Health Products Co., Ltd. ("Merits Taiwan"), docket no. 82, and the Motion to Dismiss for Lack of Personal Jurisdiction filed by Defendant Merits Health Products, Inc. ("Merits USA"), docket no. 109, are also RENOTED for March 2, 2018. Oral argument on all three motions (docket nos. 79, 82, and 109) is SET for March 16, 2018, at 1:30 p.m.

(2)  Plaintiff is DIRECTED to file one supplemental response, if any, to the pending Motions to Dismiss, docket nos. 82 and 109, not to exceed twenty (20) pages, on or before February 16, 2018. Merits Taiwan and Merits USA may each file one supplemental reply, not to exceed ten (10) pages, on or before March 2, 2018.

(3)  Plaintiff is DIRECTED to file any supplemental response to the pending Motion for Partial Summary Judgment, docket no. 79, not to exceed twenty (20) pages,

MINUTE ORDER - 1

on or before February 16, 2018.  Pride may file one supplemental reply, not to exceed ten (10) pages, on or before March 2, 2018.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2