# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LEA BLACK,

        Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

15-2008

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Supplemental Joint Status Report and Discovery Plan, docket no. 150, submitted by the parties, and the arguments of counsel at the in-court scheduling and status conference held on January 5, 2018, the Court hereby sets the following dates and deadlines:

| **JURY TRIAL DATE** | **January 28, 2019** |
|---|---|
| Disclosure of expert testimony | May 1, 2018 |
| Disclosure of rebuttal expert testimony | July 9, 2018 |
| LCR 39.1(c) mediation deadline | July 27, 2018 |
| Discovery motions filing deadline | August 8, 2018 |
| Discovery completion deadline | October 8, 2018 |

MINUTE ORDER - 1

| Dispositive motions filing deadline | November 8, 2018 |
|---|---|
| Motions in limine filing deadline | December 27, 2018 |
| Agreed pretrial order due | January 11, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 11, 2019 |
| Pretrial conference | January 18, 2019 at 2:00 pm. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2