# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LEA BLACK,

    Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION,

    Defendant.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is DIRECTED to provide the Court, no later than 12:00 p.m. on March 9, 2018, courtesy copies of all exhibits discussed or referenced in the following depositions: (1) Deposition of James Kosco, *see* docket no. 145-1; (2) Deposition of John Marhefka, *see* docket nos. 158-1 through 158-4; and (3) Deposition of Kuo-Chang Lee, *see* docket nos. 158-5 through 158-8. Plaintiff should not file these exhibits.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1