UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

        Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

2:15-cv-02008-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Merit Health Products' Motion and Request to Strike, docket no. 176, is DENIED.

(2) No further pleadings may be filed by any party in this case until further order of the Court in connection with defendant Pride Mobility Products Corporation's motion for summary judgment, docket no. 79, defendant Merits Health Products' (Merits Taiwan) motion to dismiss for lack of personal jurisdiction, docket no. 82, and defendant Merits Health Products' (Merits USA) motion to dismiss for lack of personal jurisdiction, docket no. 109.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of March, 2018.

                  William M. McCool
                  Clerk

                  s/Karen Dews
                  Deputy Clerk

MINUTE ORDER - 1