UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEA BLACK,<br><br>        Plaintiff,<br><br>   v.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, et al.,<br><br>        Defendants. | C15-2008 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Pride Mobility Products Corporation's motion, docket no. 165, for leave to file supplemental reply on motion for partial summary judgment is GRANTED. The Court will consider the supplemental reply, docket no. 165.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of March, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1