UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

    Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

    Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's pending second motion to compel and first motion for sanctions, docket no. 182, is REFERRED to the Honorable James P. Donohue, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judges' Rule MJR 3.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1