UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

        Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Strike Late Disclosed Witnesses, docket no. 200, is GRANTED in part and DENIED in part as follows:

    (a) The motion is GRANTED as to any "medical and/or damages expert" not previously identified for which a report has not been provided to plaintiff. The Court makes no ruling as to whether any additional medical or damages experts can testify solely as rebuttal experts.

    (b) The motion is DENIED as to witnesses Robert R. Scheibe, Brian D. Flinn, and Adam Farnham.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1