HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

        Plaintiff,

v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

No. 2:15−cv−02008−TSZ

ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH MOTION

THIS MATTER having come on regularly before this Court for hearing upon Plaintiff's Motion for Leave to File Over-length Motion, docket no. 216, and the Court having heard the argument of counsel, reviewed the motion and the records and files herein, now, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to File Over-Length Motion is GRANTED, and Plaintiff may file her motion of 24 pages.

DATED this 6th day of August, 2018.

Thomas S. Zilly
United States District Judge

ORDER GRANTING LEAVE
TO FILE OVER-LENGTH MOTION - 1
No. 2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Presented by:

SCHROETER, GOLDMARK & BENDER

By: *s/Peter O'Neil*
PETER O'NEIL, WSBA #28198
By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Lucas Garrett*
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiff
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail:
peter@peteroneil.org
sims@sgb-law.com
garrett@sgb-law.com

ORDER GRANTING LEAVE
TO FILE OVER-LENGTH MOTION - 2
No. 2:15−cv−02008−TSZ

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305