# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LEA BLACK,

        Plaintiff,

  v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff's Motion for Sanctions, docket no. 219, and having granted Plaintiff's motion for excess pages, *see* docket no. 218, the Court orders that: (i) Defendant Pride Mobility Corporation ("Pride") shall have twenty-four (24) pages in responding to the Motion for Sanctions; (ii) Plaintiff shall have 12 pages in replying to the Motion for Sanctions; and (iii) in their response and reply, Pride and Plaintiff are DIRECTED to address the applicability, if any, of *Heath v. F/V Zolotoi*, 221 F.R.D. 545, 552–53 (W.D. Wash. 2004).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of August, 2018.

                                                  William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1