UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEA BLACK,

        Plaintiff,

  v.

PRIDE MOBILITY PRODUCTS CORPORATION, et al.,

        Defendants.

C15-2008 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Sanctions, docket no. 219, is hereby REFERRED to the Honorable James P. Donohue, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). Any objection to Judge Donohue's report and recommendation, and any response thereto, shall be filed and noted in accordance with Local Civil Rule 72(b).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Judge Donohue.

Dated this 17th day of August, 2018.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 1