The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEA BLACK,<br><br>               Plaintiff,<br><br>v.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, ET AL.<br><br>               Defendants. | No. 2:15-CV-02008-TSZ<br><br>NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to CR 39.1(c)(6) notice is hereby given that on September 28, 2018, the parties participated in a mediation. The case resolved.

Dated: September 28, 2018

*Thomas V. Harris*
Thomas V. Harris, Mediator

Washington Arbitration & Mediation Service
600 University Street, Suite 900
Seattle, WA 98101
206-467-0793

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION