UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEA BLACK<br><br>       Plaintiff,<br><br> vs.<br><br>PRIDE MOBILITY PRODUCTS CORPORATION, et al.,<br><br>       Defendants. | No. 2:15-CV-02008-TSZ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION TO DISMISSAL WITH PREJUDICE**

COMES NOW plaintiff Lea Black, defendant Pride Mobility Products Corporation, defendant Numotion, and defendant Capstone Mobility Group, LLC, by and through their respective undersigned attorneys and, pursuant to FRCP 41(a), hereby stipulate that all of plaintiff's claims and causes of action against all defendants should be dismissed with prejudice, and without fees or costs to any party.  A proposed order is submitted below.

SCHROETER, GOLDMARK & BENDER

By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Peter O'Neil*
PETER O'NEIL, WSBA #28198
By: *s/Lucas Garrett*
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiff
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
sims@sgb-law.com
peter@peteroneil.org
garrett@sgb-law.com

BENNETT BIGELOW & LEEDOM

By: *s/William J. Leedom*
WILLIAM J. LEEDOM, WSBA #2321
By: *s/David M. Norman*
DAVID M. NORMAN, WSBA #40564
601 Union Street, Ste. 1500
Seattle, WA  98101
Phone:  (206) 622-5511
wleedom@bbllaw.com
dnorman@bbllaw.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - Page 1
02865-001\Stipulation and Order of Dismissal.docx

| | |
|---|---|
| 1 | |
| 2 | KELLER ROHRBACK, LLP |
| 3 | |
| | By: *s/David J. Russell* |
| 4 | DAVID J. RUSSELL, WSBA #17289 |
| | By: *s/Holly Lynch* |
| 5 | HOLLY LYNCH, WSBA #37281 |
| | Counsel for Defendants Numotion and Capstone Mobility Group LLC |
| 6 | 1201 3rd Avenue, Suite 3200 |
| | Seattle, WA 98101-3052 |
| 7 | (206) 623-1900 |
| | drussell@kellerrohrback.com |
| | hlynch@kellerrohrback.com |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - Page 2
02865-001\Stipulation and Order of Dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

## ORDER

Based on the foregoing stipulation between the parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

Any and all of plaintiff's claims against defendants, that were or could have been asserted in this action, are dismissed with prejudice and without fees or costs to any person.

DATED this 15th day of November, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

By: *s/William J. Leedom*
WILLIAM J. LEEDOM, WSBA #2321
By: *s/David M. Norman*
DAVID M. NORMAN, WSBA #40564
601 Union Street, Ste. 1500
Seattle, WA 98101
Phone: (206) 622-5511
wleedom@bbllaw.com
dnorman@bbllaw.com


By: *s/Sims Weymuller*
SIMS WEYMULLER, WSBA #33026
By: *s/Peter O'Neil*
PETER O'NEIL, WSBA #28198
By: *s/Lucas Garrett*
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiff
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
sims@sgb-law.com
peter@peteroneil.org
garrett@sgb-law.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - Page 3
02865-001\Stipulation and Order of Dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

1  KELLER ROHRBACK, LLP

2  By: *s/David J. Russell*
   DAVID J. RUSSELL, WSBA #17289
3  By: *s/Holly Lynch*
   HOLLY LYNCH, WSBA #37281
4  Counsel for Defendants Numotion and
   Capstone Mobility Group LLC
5  1201 3rd Avenue, Suite 3200
   Seattle, WA 98101-3052
6  (206) 623-1900
   drussell@kellerrohrback.com
   hlynch@kellerrohrback.com
7


STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - Page 4
02865-001\Stipulation and Order of Dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986